

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 04, 2026

Clerk, United States District Court

_____Southern_____ District of _____California_____

333 W. Broadway, Suite 420
San Diego, CA 92101

Re:       Transfer of Jurisdiction of Probation
              Your Case No.   20CR02874-001-WQH
              Assigned Our Case No.   2:26-cr-00107-JFW
              Case Title:   USA v. Daniel Rollins

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee_____.

Please forward to this district copies of the following documents:
1)       Indictment, Information, or Complaint
2)       Judgment and Probationary Order
3)       If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By   I. Valdes  ingrid_valdes@cacd.uscourts.gov
     Deputy Clerk

cc:       Probation Office, Central District of California
          Probation Office, District of Origin

CR-25 (01/24)                    **TRANSMITTAL LETTER - PROBATION TRANSFER IN**