**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| PLAINTIFF | 2:26-cr-00107-JFW |
| v. | |
| Daniel Rollins | **NOTICE OF JURISDICTION/** **TREATY TRANSFER-IN** |
| DEFENDANT(S). | |

To:  All Parties/Counsel of Record

The Court has approved the

☑ supervised release
☐ probation
☐ treaty

transfer-in for the case referred to above.

The matter has been assigned to United States ☑ District Judge _____John F. Walter_____

☐ Magistrate Judge _____ for all further proceedings.

Please include the criminal case number as reflected above on all documents subsequently filed in this case.

Clerk, U.S. District Court

_____3/3/2026_____
Date

By: _K. Martinez (213) 894-8288_
Deputy Clerk

cc: U.S. Attorney's Office
    U.S. Probation Office

CR-56  (1/24)          **NOTICE OF JURISDICTION / TREATY TRANSFER-IN**